# Court of Appeals
# of the State of Georgia

ATLANTA, December 12, 2018

*The Court of Appeals hereby passes the following order*

**A19D0183. LUNAREAN HOLSEY v. THE STATE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2013C46993



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta, December 12, 2018.*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*